1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Eugene Warren, | No. CV 12-0552-PHX-RCB (MHB) |
| Plaintiff, | **O R D E R** |
| vs. | |
| Dennis Smith, et al., | |
| Defendants. | |

Plaintiff Richard Eugene Warren, who was then confined in the Federal Correctional Institution in Phoenix, filed a *pro se* civil rights Complaint pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). Plaintiff did not pay the $350.00 civil action filing fee or file an Application to Proceed *In Forma Pauperis*. In an Order filed on April 20, 2012, the Court gave Plaintiff 30 days in which to pay the fee or file a complete Application to Proceed *In Forma Pauperis*. (Doc. 4.) Shortly before that Order issued, Plaintiff paid $5.00, which is the filing fee for a habeas action. (Doc. 3.) On June 7, 2012, the action was dismissed and judgment entered because Plaintiff had failed to either pay the $350.00 filing fee or submit an Application to Proceed *In Forma Pauperis* (Non-Habeas). (Doc. 5.) On June 15, 2012, Plaintiff filed a notice of change of address reflecting that he had been transferred to the Federal Correctional Institution in Terre Haute, Indiana. (Doc. 6.) The same day, he filed a motion to extend time to comply with any

1 order that may have been issued.  (Doc. 7.)  The motion was dated by Plaintiff on June 8,
2 2012.  (Id.)

3       Plaintiff's motion for extension of time will be denied.  The Court issued its Order
4 giving Plaintiff 30 days in which to either pay the $350.00 filing fee or to file an Application
5 to Proceed *In Forma Pauperis* (Non-Habeas) on April 20, 2012.  A copy of that Order mailed
6 to Plaintiff on April 20, 2012 was not returned as undeliverable.  The motion filed by
7 Plaintiff indicates that he was transferred in early June, 2012, after the 30 day period had
8 expired.  Accordingly, Plaintiff's motion for an extension of time will be denied.

9       **IT IS ORDERED** that Plaintiff's motion to extend deadlines is **denied**.  (Doc. 7.)
10       DATED this 4th day of September, 2012.

                  Robert C. Broomfield
                  Senior United States District Judge

- 2 -