**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Eugene Warren, | No. CV 12-0552-PHX-RCB (MHB) |
| Plaintiff, | **O R D E R** |
| vs. | |
| Dennis Smith, et al., | |
| Defendants. | |

Plaintiff Richard Eugene Warren, who was then confined in the Federal Correctional Institution in Phoenix, filed a *pro se* civil rights Complaint pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). Plaintiff did not pay the $350.00 civil action filing fee or file an Application to Proceed *In Forma Pauperis*. In an Order filed on April 20, 2012, the Court gave Plaintiff 30 days in which to pay the fee or file a complete Application to Proceed *In Forma Pauperis*. (Doc. 4.) Shortly before that Order issued, Plaintiff paid $5.00, which is the filing fee for a habeas action. (Doc. 3.) On June 7, 2012, the action was dismissed and judgment entered because Plaintiff had failed to either pay the $350.00 filing fee or submit an Application to Proceed *In Forma Pauperis* (Non-Habeas). (Doc. 5.) On June 15, 2012, Plaintiff filed a notice of change of address reflecting that he had been transferred to the Federal Correctional Institution in Terre Haute, Indiana. (Doc. 6.) The same day, he filed a motion to extend time to comply with any

1 order that may have been issued. (Doc. 7.) The motion was dated by Plaintiff on June 8, 2012. (Id.)

Plaintiff's motion for extension of time will be denied. The Court issued its Order giving Plaintiff 30 days in which to either pay the $350.00 filing fee or to file an Application to Proceed *In Forma Pauperis* (Non-Habeas) on April 20, 2012. A copy of that Order mailed to Plaintiff on April 20, 2012 was not returned as undeliverable. The motion filed by Plaintiff indicates that he was transferred in early June, 2012, after the 30 day period had expired. Accordingly, Plaintiff's motion for an extension of time will be denied.

**IT IS ORDERED** that Plaintiff's motion to extend deadlines is **denied**. (Doc. 7.)

DATED this 4th day of September, 2012.

_____
Robert C. Broomfield
Senior United States District Judge

- 2 -